# Court of Appeals
# of the State of Georgia

ATLANTA,   May 22, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1736.   MAXON ANDRE v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Maxon Andre appealed the magistrate court's decision to the superior court. The superior court granted summary judgment and issued a writ of possession in favor of the plaintiff. Andre has now appealed the superior court's ruling directly to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Andre was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Andre's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/22/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*